

One Lincoln Center | Syracuse, NY 13202-1355 | **bsk.com**

**SUZANNE MESSER, ESQ.**
MesserS@bsk.com
P: 315.218.8628
F: 315.218.8100

January 6, 2022

<u>*VIA ECF*</u>

Hon. Christian F. Hummel
United States Magistrate Judge
Northern District of New York
James T. Foley Courthouse
445 Broadway
Albany, NY 12207

Re:   *Doe v. Hamilton College*
      *Civil Action No.* 6:21-cv-00436 *(GTS-CFH) (N.D.N.Y.)*

Dear Judge Hummel:

We represent Defendant Hamilton College in the above-referenced matter. This letter serves as the parties' joint status report.

The parties have been proceeding through discovery. Written discovery demands were exchanged, and responses have been provided. Both parties have produced documents to the other. The parties participated in a mediation session on September 22, 2021 but were not able to resolve the case at that time.

The parties have established a schedule for depositions of the Plaintiff and representatives of the Defendant to be held in February and early March 2022.

Please contact us if you require further information.

Respectfully submitted,

BOND, SCHOENECK & KING, PLLC

*s/Suzanne Messer*

Suzanne Messer


cc:   Tara Davis, Esq. (via ECF)


13542923.1

Attorneys At Law | A Professional Limited Liability Company